JOHN JACOB ASTOR, WARREN DELANO, JR., and FRANKLIN B. LORD, executors of Laura Astor Delano et al., appellants,

*v.*

STATE OF NEW JERSEY, respondent.

[Submitted December 8th, 1908.   Decided March 1st, 1909.]

On appeal from a decree of the prerogative court.

*Messrs. Griggs & Harding,* for the appellants.

*Mr. Robert H. McCarter,* attorney-general, for the respondent.

Reversed March 1st, 1909.

*For affirmance*—None.

*For reversal*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, REED, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GRAY, DILL—14.